No. 83–2146.   WILSON ET AL. v. GARCIA.   C. A. 10th Cir. [Certiorari granted, *ante,* p. 815.]   Motion for appointment of

counsel granted, and it is ordered that Steven G. Farber, Esquire, of Santa Fe, N. M., be appointed to serve as counsel for respondent in this case.